IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-150-D

| | | |
|---|---|---|
| JERMAINE HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE UNIVERSITY OF NORTH CAROLINA, | ) | |
| NORTH CAROLINA STATE UNIVERSITY, | ) | |
| and CARRIE DOYLE, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion to file an amended complaint [D.E. 17] is GRANTED. The amended complaint is due no later than September 28, 2018. Defendants may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). Defendants' motion to dismiss [D.E. 15] is dismissed.

SO ORDERED. This 24 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge