UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JERMAINE HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-150-D** |
| ) | |
| NORTH CAROLINA STATE UNIVERSITY, ) | |
| THE UNIVERSITY OF NORTH CAROLINA, ) | |
| CARRIE DOYLE, and MICHAEL MULLEN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 30] and DISMISSES Holmes's first amended complaint without prejudice.

**This Judgment Filed and Entered on May 2, 2019, and Copies To:**

| | |
|---|---|
| Robert Lewis, Jr. | (via CM/ECF electronic notification) |
| Kimberly D. Potter | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

May 2, 2019  (By) /s/ Nicole Sellers

Deputy Clerk